IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
------------------------------x
                              :
In re                         :   Chapter 11
                              :   Case No. 03-11915 (KJC)
TOUCH AMERICA HOLDINGS, INC., et al.,  :
                              :   Jointly Administered
             Debtors.         :
------------------------------x
                              :
ENTECH LLC,                   :
                              :
             Plaintiff,       :   Adversary No. 04-52935
                              :
     -- vs. --                :   C.A. 04-1336-SLR
                              :
WESTMORELAND COAL COMPANY, a  :
Delaware Corporation, and     :
WESTMORELAND MINING LLC, a Delaware  :
Limited Liability Company,    :
                              :
             Defendants.      :
                              :
                              :
------------------------------x
```

## NOTICE OF SERVICE

I hereby certify that on the 23rd day of March, 2005, I served a copy of **(1) Responses and Objections of Defendants Westmoreland Coal Company and Westmoreland Mining LLC to Plaintiff's First Requests for Production of Documents and Things; and (2) Responses and Objections of Defendants Westmoreland Coal Company and Westmoreland Mining LLC to Plaintiff's First Set of Interrogatories Directed to Defendants** by causing a true and correct copy thereof to be delivered to the following parties in the manner indicated.

**By Hand Delivery**

| | |
|---|---|
| Edmon L. Morton, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | Neil B. Glassman, Esquire<br>Charlene Davis, Esquire<br>Steven M. Yoder, Esquire<br>Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |

**By U.S. Mail, First Class, Postage Prepaid**

David Neier, Esquire
C. MacNeil Mitchell, Esquire
Piero Tozzi, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Dated: March 24, 2005

POTTER ANDERSON & CORROON LLP

By: *Rebecca S. Beste*
Laurie Selber Silverstein (No. 2396)
Elihu E. Allinson (No. 3476)
Rebecca S. Beste (No. 4154)
Hercules Plaza
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
(302) 658-1192 (Fax)

– and –

SIDLEY AUSTIN BROWN & WOOD LLP
John G. Hutchinson
Elizabeth M. Zito
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599 (Fax)

*Attorneys for Defendants and Counterclaim Plaintiffs Westmoreland Coal Company and Westmoreland Mining, LLC*

PAC675284