IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) ) | Chapter 11 |
| TOUCH AMERICA HOLDINGS, INC., et al., | ) ) | Bk. No. 03-11915 (KJC) |
| Debtors. | ) ) ) | Jointly Administered |
| ENTECH LLC, | ) ) | Adv. No. 04-52935 (KJC) |
| Plaintiff, | ) ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | C.A. No. 04-1336-SLR |
| WESTMORELAND COAL COMPANY, a Delaware corporation, and WESTMORELAND MINING LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rolf S. Woolner to represent Plaintiff, Entech LLC, in this matter.

WP3:1097137.1                                                                                         62207.1001

Date: March 28, 2005

_____
Edmon L. Morton (No. 3856)
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6637

Attorney for Entech LLC

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____     _____
                           United Stated District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Rolf S. Woolner, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Rolf S. Woolner
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, California 90071
(213) 615-1700

March 28, 2005