IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TOUCH AMERICA HOLDINGS, INC., et al., | : | Bk. No. 03-11915 (KJC) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | Adv. No. 04-52935 (KJC) |
| | : | |
| ENTECH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : | |
| | : | |
| Plaintiff-Intervenor, | : | |
| | : | |
| v. | : | Civil Action No. 04-1336-SLR |
| | : | |
| WESTMORELAND COAL COMPANY, a Delaware Corporation, and WESTMORELAND MINING LLC, a Delaware Limited Liability Company, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **6th** day of **April, 2005**,

IT IS ORDERED that a continued mediation has been tentatively scheduled for **Wednesday, September 21, 2005** beginning at **9:00 a.m.**  Dress for the mediation is casual.  Supplemental submissions limited to **ten (10) pages, double-spaced, 12 pt. font,** shall be due on or before **Friday, September 9, 2005.**

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Tuesday, August 30, 2005 at 5:00 p.m.** to discuss the status of the case and the tentative continued mediation. **John Dorsey, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE