## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I, Christian Douglas Wright, hereby certify that counsel for plaintiff made a good faith effort to reach agreement with counsel for defendants on the matters set forth in this motion and the accompanying opening brief in an effort to secure production of the documents and disclosure of the information without court action, but was unable to do so.

*/s/ Christian Douglas Wright*
Christian Douglas Wright (No. 3554)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
cwright@ycst.com