IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| TOUCH AMERICA HOLDINGS, INC., et al., ) | Bk. No. 03-11915 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ENTECH LLC, ) | Adv. No. 04-52935 (KJC) |
| ) | |
| Plaintiff, ) | |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | C.A. No. 04-1336-SLR |
| ) | |
| WESTMORELAND COAL COMPANY, ) | |
| a Delaware corporation, and ) | |
| WESTMORELAND MINING LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for plaintiff Entech LLC, caused copies of *Entech LLC's Second Supplemental Initial Disclosures Pursuant to F.R.C.P. 26(e)* to be served on May 2, 2005 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

John G. Hutchinson, Esquire
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019

The undersigned further certifies that he caused copies of this *Notice of Service* to be served on May 2, 2005 upon the below-listed counsel of record in the manner indicated below:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

John G. Hutchinson, Esquire
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Robert S. Brady (No. 2847)
John T. Dorsey (No. 2988)
Christian Douglas Wright (No. 3554)
Edmon L. Morton (No. 3856)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

       -and-

       WINSTON & STRAWN LLP
       David Neier
       C. MacNeil Mitchell
       Piero A. Tozzi
       200 Park Avenue
       New York, NY 10166-4193
       (212) 294-6700

       Co-counsel to the Plaintiff

DATED: May 2, 2005