IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TOUCH AMERICA HOLDINGS, INC., et al., | ) | Bk. No. 03-11915 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| ENTECH LLC, | ) | Adv. No. 04-52935 (KJC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1336-SLR |
| | ) | |
| WESTMORELAND COAL COMPANY, a Delaware corporation, and WESTMORELAND MINING LLC, a Delaware limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Rule 83.5, counsel moves the admission pro hac vice of Justin E. Rawlins of Winston & Strawn LLP, 333 South Grand Avenue, 38th Floor, Los Angeles, CA 90071 (the "Admittee") to represent the plaintiff in this action.

Edmon L. Morton (No. 3856)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Co-Counsel for Plaintiff

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2005    _____
                                Sue L. Robinson
                                Chief United States District Judge

WP3:1108418.1                                                    62207.1001

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and practicing and in good standing as a member of the Bar of the State of California, the U.S. District Courts for the Southern, Central, Eastern and Northern Districts of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing this motion.

Justin E. Rawlins (CA No. 209915)
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 615-1700

## CERTIFICATE OF SERVICE

I, Kimberly A. Beck, hereby certify that I am not less than 18 years of age, and that on May 3, 2005, I caused a copy of the foregoing **Motion and Order for Admission Pro Hac Vice (Justin E. Rawlins)** to be served upon the parties identified below in the manner indicated thereon.

_____
Kimberly A. Beck

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
**By Hand Delivery**

John G. Hutchinson, Esq.
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY  10019
**By First Class Mail**

Rolf S. Woolner, Esq.
Justin E. Rawlins, Esq.
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA  90071-1543
**By First Class Mail**

Christopher A. Ward, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
**By Hand Delivery**

C. MacNeil Mitchell, Esq.
Piero A. Tozzi, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
**By First Class Mail**