IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| TOUCH AMERICA HOLDINGS, INC., et al., ) | Bk. No. 03-11915 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ENTECH LLC, ) | Adv. No. 04-52935 (KJC) |
| ) | |
| Plaintiff, ) | |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | C.A. No. 04-1336-SLR |
| ) | |
| WESTMORELAND COAL COMPANY, ) | |
| a Delaware corporation, and ) | |
| WESTMORELAND MINING LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBPOENA

TO: Laurie Selber Silverstein, Esquire        John G. Hutchinson, Esquire
    Potter Anderson & Corroon LLP             Sidley Austin Brown & Wood LLP
    Hercules Plaza                            787 Seventh Avenue
    1313 North Market Street                  New York, NY  10019
    Wilmington, DE  19801

PLEASE TAKE NOTICE that the undersigned, counsel for plaintiff Entech LLC, has caused copies of the attached subpoena directed to PNC Bank, National Association to be served.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
John T. Dorsey (No. 2988)
Christian Douglas Wright (No. 3554)
Edmon L. Morton (No. 3856)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
cwright@ycst.com

-and-

WINSTON & STRAWN LLP
David Neier
C. MacNeil Mitchell
Piero A. Tozzi
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

Co-counsel to the Plaintiff

DATED: May 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2005, I caused to be electronically filed a true and correct copy of *Notice of Subpoena* with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Laurie Selber Silverstein, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19801

I further certify that on May 4, 2005, I caused a copy of the *Notice of Subpoena* to be served by hand-delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDEX**

>John G. Hutchinson, Esquire
>Sidley Austin Brown & Wood LLP
>787 Seventh Avenue
>New York, NY  10019

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Christian Douglas Wright
>Christian Douglas Wright (No. 3554)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6600
>cwright@ycst.com

>*Attorneys for Entech LLC*