IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
In reply to:                                               :   Chapter 11
                                                           :   Case No. 03-11915 (KJC)
TOUCH AMERICA HOLDINGS, INC., et al.,                      :
                                                           :   Jointly Administered
                    Debtors.                               :
-----------------------------------------------------------x
                                                           :
ENTECH LLC,                                                :
                                                           :
                                                           :
                    Plaintiff,                             :   Adversary No. 04-52935 (KJC)
                                                           :
                                                           :
         -- vs. --                                         :
                                                           :   C.A. 04-1336-SLR
WESTMORELAND COAL COMPANY, a                               :
Delaware Corporation, and                                  :
WESTMORELAND MINING LLC, a Delaware                        :
Limited Liability Company,                                 :
                                                           :
                    Defendants.                            :
                                                           :
                                                           :
-----------------------------------------------------------x
```

**NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Westmoreland Coal Company, a Delaware Corporation, and Westmoreland Mining LLC, a Delaware Limited Liability Company, by their attorneys, Sidley Austin Brown & Wood LLP and Potter Anderson & Corroon LLP, will take the deposition upon oral examination before a notary public or other person authorized by law, of the following persons on the dates listed below:

| **Deponent** | **Date** |
|---|---|
| David Smith | June 6 |
| Kenneth Palagi | June 7 |
| Jerry Pedersen | June 8 |
| Colleen Rabson | June 9 |
| Pamela Randall | June 10 |
| Brian Holland | June 13 |

The depositions will take place at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, 1313 N. Market Street, Wilmington, Delaware 19801, and shall commence at 10:00 a.m. and continue from day to day thereafter until completed. The depositions shall be recorded by stenographic means. You are invited to attend and cross-examine.

Dated: Wilmington, Delaware
      May 9, 2005

POTTER ANDERSON & CORROON LLP

By: *Rebecca S. Beste*
Laurie Selber Silverstein (No. 2396)
Rebecca S. Beste (No. 4154)
Hercules Plaza
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
(302) 658-1192 (Fax)

– and –

SIDLEY AUSTIN BROWN & WOOD LLP
John G. Hutchinson
Lee S. Attanasio
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599 (Fax)

*Attorneys for Defendants and Counterclaim Plaintiffs Westmoreland Coal Company and Westmoreland Mining, LLC*

2