## CERTIFICATE OF SERVICE

      I, Rebecca S. Beste, herby certify that I am not less than 18 years of age and that on this 10th day of May 2005, I caused to be served a true and correct copy of the foregoing **Notice of Deposition** to be delivered to the following in the manner indicated:

### By Hand Delivery

Robert S. Brady, Esquire
John T. Dorsey, Esquire
Christian Douglas Wright, Esquire
Matthew B. McGuire, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

### By U.S. Mail, First Class, Postage Prepaid

C. MacNeil Mitchell, Esquire
Piero A. Tozzi, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Rolf S. Woolner, Esquire
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

      Under penalty of perjury, I declare that the foregoing is true and correct.

*Rebecca S Beste*
Rebecca S. Beste

PAC681677/28011