IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2005, I electronically filed with the Clerk of the Court through the CM/ECF System the within **Memorandum of Law of Defendants Westmoreland Coal Company and Westmoreland Mining LLC in Opposition to Plaintiff Entech LLC's Motion to Compel ("Memorandum")**, and it is available for viewing and downloading. I also caused a true and correct copy of the Memorandum to be served to the following attorneys in the manner indicated:

**By Hand Delivery**

Robert S. Brady, Esquire
John T. Dorsey, Esqurie
Edmund L. Morton, Esquire
Christian Douglas Wright, Esquire
Matthew B. McGuire, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Christopher A. Ward, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**By U.S. Mail, First Class, Postage Prepaid**

C. MacNeil Mitchell, Esquire
Piero A. Tozzi, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Rolf S. Woolner, Esquire
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

Under penalty of perjury, I declare that the foregoing is true and correct.

POTTER ANDERSON & CORROON LLP

*/s/ Laurie Selber Silverstein/*

Laurie Selber Silverstein (DE No. 2396)
Rebecca S. Beste (DE No. 4154)
Hercules Plaza, Sixth Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899
(302) 658-6000
lsilverstein@potteranderson.com

PAC682436/28011