IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
In reply to:                                               :   Chapter 11
                                                           :   Case No. 03-11915 (KJC)
TOUCH AMERICA HOLDINGS, INC., et al.,                      :
                                                           :   Jointly Administered
                    Debtors.                               :
-----------------------------------------------------------x
                                                           :
ENTECH LLC,                                                :
                                                           :
                                                           :
                    Plaintiff,                             :
                                                           :
         -- vs. --                                         :
                                                           :   C.A. 04-1336-SLR
WESTMORELAND COAL COMPANY, a                               :
Delaware Corporation, and                                  :
WESTMORELAND MINING LLC, a Delaware                        :
Limited Liability Company,                                 :
                                                           :
                    Defendants.                            :
                                                           :
                                                           :
-----------------------------------------------------------x
```

**DEFENDANTS WESTMORELAND COAL COMPANY AND
WESTMORELAND MINING LLC'S MOTION TO COMPEL**

Defendants Westmoreland Coal Company and Westmoreland Mining LLC (collectively "Westmoreland"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 37, hereby move this Court for an entry of an Order compelling plaintiff Entech LLC to respond to certain Westmoreland requests for production and to compel the disclosure of trial witnesses. The grounds for this motion are more fully set forth in Westmoreland's opening brief in support of this motion, filed contemporaneously herewith.

As set forth in the attached certification, and pursuant to Federal Rule of Civil Procedure 37(a)(2) and District of Delaware Local Rule 7.1.1, Westmoreland made good faith efforts to

reach agreement with plaintiff on the matters set forth in this motion and accompanying opening brief in an effort to secure production of the documents and disclosure of the information without court action, but was unable to do so.

Pursuant to Federal Rule of Civil Procedure 37(a)(4), defendants respectfully request that the Court award defendants their reasonable costs and expenses, including attorneys' fees, incurred in connection with this Motion to Compel.

WHEREFORE, defendants Westmoreland respectfully request that the Court enter an Order granting this Motion to Compel. A proposed Order is attached.

Dated:   June 1, 2005                             Respectfully submitted,

                                                  POTTER ANDERSON & CORROON LLP

                                                  By: *Rebecca S. Beste*
                                                  Laurie Selber Silverstein (No. 2396)
                                                  Rebecca S. Beste (No. 4154)
                                                  Hercules Plaza
                                                  1313 N. Market Street
                                                  Wilmington, Delaware 19801
                                                  (302) 984-6000
                                                  (302) 658-1192 (Fax)

                                                  AND

                                                  SIDLEY AUSTIN BROWN & WOOD LLP
                                                  John G. Hutchinson
                                                  Elizabeth M. Zito
                                                  787 Seventh Avenue
                                                  New York, New York 10019
                                                  (212) 839-5300
                                                  (212) 839-5599 (Fax)

                                                  *Attorneys for Defendants*
                                                     *Westmoreland Coal Company and*
                                                     *Westmoreland Mining LLC*

PAC 684376.1