## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I, John G. Hutchinson, hereby certify that counsel for defendants made a good faith effort to reach agreement with counsel for the plaintiff on the matters set forth in this motion and the accompanying opening brief in an effort to secure production of the documents and disclosure of the information without court action, but was unable to do so.

New York, New York
May 31, 2005

_____
John G. Hutchinson
SIDLEY AUSTIN BROWN & WOOD LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

- and -

POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein (No. 2396)
Elihu E. Allinson (No. 3476)
Hercules Plaza
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
(302) 658-1192 (Fax)

NY1 5705947v.1