IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In reply to: :      Chapter 11
: Case No. 03-11915 (KJC)
TOUCH AMERICA HOLDINGS, INC., et al., :
: Jointly Administered
Debtors. :
---------------------------------------------------------------x
:
ENTECH LLC, :
:
:
Plaintiff, :
:
:
-- vs. -- :
: C.A. 04-1336-SLR
WESTMORELAND COAL COMPANY, a :
Delaware Corporation, and :
WESTMORELAND MINING LLC, a Delaware :
Limited Liability Company, :
:
Defendants. :
:
:
---------------------------------------------------------------x

## ORDER

THIS ____ day of _____, 2005, upon consideration of defendants' Motion to Compel, together with all responses thereto,

IT IS HEREBY ORDERED that the Motion to Compel is GRANTED.

Plaintiff is hereby ORDERED to:

(1)     Produce within five business days from entry of this Order, all non-privileged documents responsive to Westmoreland Document Request No. 46; AND

(2)     Identify within five business days from entry of this Order, all of its trial witnesses; OR identify trial witnesses at some point before trial and allow Westmoreland an

opportunity to depose any such witnesses who have not already been deposed, regardless of number.

_____
Chief Judge of the United States District Court

PAC684375