IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
In re : Chapter 11
: Case No. 03-11915 (KJC)
TOUCH AMERICA HOLDINGS, INC., et al., :
: Jointly Administered
Debtors. :
:
------------------------------------x
:
ENTECH LLC, :
:
Plaintiff, :
:
-- vs. -- :
: C.A. 04-1336-SLR
WESTMORELAND COAL COMPANY, a :
Delaware Corporation, and :
WESTMORELAND MINING LLC, a Delaware :
Limited Liability Company, :
:
Defendants. :
:
------------------------------------x

## NOTICE OF SERVICE

I hereby certify that on the 7th day of June, 2005, I served a copy of **First Supplemental Initial Disclosure Statement of Defendant Westmoreland Company and Westmoreland Mining** by causing a true and correct copy thereof to be delivered to the following parties in the manner indicated.

### By Hand Delivery

Edmon L. Morton, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19899

Neil B. Glassman, Esquire
Charlene Davis, Esquire
Steven M. Yoder, Esquire
Christopher A. Ward, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

3

**By U.S. Mail, First Class, Postage Prepaid**

David Neier, Esquire
C. MacNeil Mitchell, Esquire
Piero Tozzi, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193


Dated: June 7, 2005

                        POTTER ANDERSON & CORROON LLP

                        By: /s/ Rebecca S. Beste
                        Laurie Selber Silverstein (No. 2396)
                        Rebecca S. Beste (No. 4154)
                        Hercules Plaza
                        1313 N. Market Street
                        Wilmington, Delaware 19801
                        (302) 984-6000
                        (302) 658-1192 (Fax)

                                  – and –

                        SIDLEY AUSTIN BROWN & WOOD LLP
                        John G. Hutchinson
                        Elizabeth M. Zito
                        787 Seventh Avenue
                        New York, New York 10019
                        (212) 839-5300
                        (212) 839-5599 (Fax)

                        *Attorneys for Defendants and Counterclaim*
                        *Plaintiffs Westmoreland Coal Company and*
                        *Westmoreland Mining, LLC*

PAC685317