## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2005, I electronically filed with the Clerk of the Court through the CM/ECF System the within **Notice of Service** and it is available for viewing and downloading. I also caused a true and correct copy of to be served on the following attorneys in the manner indicated

### By Hand Delivery

Edmon L. Morton, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Neil B. Glassman, Esquire
Charlene Davis, Esquire
Steven M. Yoder, Esquire
Christopher A. Ward, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

### By U.S. Mail, First Class, Postage Prepaid

David Neier, Esquire
C. MacNeil Mitchell, Esquire
Piero Tozzi, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Under penalty of perjury, I declare that the foregoing is true and correct.

POTTER ANDERSON & CORROON LLP

*Rebecca S. Beste*
Laurie Selber Silverstein (DE No. 2396)
Rebecca S. Beste (DE No. 4154)
Hercules Plaza, Sixth Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899
(302) 658-6000

PAC685317