## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                                  :
In reply to:                                      :     Chapter 11
                                                  :     Case No. 03-11915 (KJC)
TOUCH AMERICA HOLDINGS, INC., et al.,             :
                                                  :     Jointly Administered
                        Debtors.                  :
-------------------------------------------------------------x
                                                  :
ENTECH LLC,                                       :
                                                  :
                        Plaintiff,                :
                                                  :
        -- vs. --                                 :
                                                  :     C.A. 04-1336-SLR
WESTMORELAND COAL COMPANY, a                      :
Delaware Corporation, and                         :
WESTMORELAND MINING LLC, a Delaware               :
Limited Liability Company,                        :
                                                  :
                        Defendants.               :
-------------------------------------------------------------x
```

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit A, will be

served upon Goldman Sachs.

**POTTER ANDERSON & CORROON LLP**

By: *Rebecca S. Beste*

Laurie Selber Silverstein (No. 2396)
Rebecca S. Beste (No. 4154)
Hercules Plaza
1313 N. Market Street
Wilmington, Delaware  19801
(302) 984-6000
(302) 658-1192 (Fax)

Date:   June 9, 2005

- AND -

**SIDLEY AUSTIN BROWN & WOOD** LLP
John G. Hutchinson
Elizabeth M. Zito
787 Seventh Avenue
New York, New York  10019
(212) 839-5300
(212) 839-5599 (Fax)

*Attorneys for Defendants and Counterclaim*
*    Plaintiffs Westmoreland Coal Company and*
*    Westmoreland Mining, LLC*

PAC 685320