## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2005, I electronically filed with the Clerk of the Court through the CM/ECF System the within **Notice of Subpoena** and its attachments, which are available for viewing and downloading. I also caused a true and correct copy of the same to be served upon the following parties in the manner indicated.

*Via Hand Delivery*
Robert S. Brady
John T. Dorsey
Christian Douglas Wright
Matthew B. McGuire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

*Via First Class Mail*
John L. Hardiman, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Under penalty of perjury, I declare that the foregoing is true and correct.

POTTER ANDERSON & CORROON LLP

*Rebecca S. Beste*
Laurie Selber Silverstein (No. 2396)
Rebecca S. Beste (No. 4154)
Hercules Plaza, Sixth Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899
(302) 658-6000

3