**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TOUCH AMERICA HOLDINGS, INC., | : | Bk. No. 03-11915 (KJC) |
| et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | Adv. No. 04-52935 (KJC) |
| | : | |
| ENTECH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| OFFICIAL COMMITTEE OF UNSECURED | : | |
| CREDITORS, | : | |
| | : | |
| Plaintiff-Intervenor, | : | |
| | : | |
| v. | : | Civil Action No. 04-1336-SLR |
| | : | |
| WESTMORELAND COAL COMPANY, | : | |
| a Delaware Corporation, and | : | |
| WESTMORELAND MINING LLC, a | : | |
| Delaware Limited Liability Company, | : | |
| | : | |
| Defendants. | : | |

<u>**ORDER**</u>

At Wilmington this **3rd** day of **August, 2005**,

IT IS ORDERED that the teleconference scheduled for Tuesday, August 30, 2005 at 5:00 p.m. and the continued mediation scheduled for Wednesday, September 21, 2005 beginning at 9:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE