# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2005, I electronically filed a true and correct copy of foregoing **MOTION OF PLAN TRUSTEE FOR APPROVAL OF STIPULATION AND SETTLEMENT AGREEMENT BY AND BETWEEN THE PLAN TRUST AND WESTMORELAND PURSUANT TO BANKRUPTCY RULE 9019** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| **Laurie S. Silverstein, Esq.**<br>**Rebecca Street Beste, Esq.**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>lsilverstein@potteranderson.co<br>rbeste@potteranderson.com<br>Westmoreland Coal Company | |
| **Christopher A. Ward, Esq.**<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>bankserve@bayardfirm.com<br>Official Committee of Unsecured Creditors | |

I further certify that on August 12, 2005, I caused a copy of the foregoing **MOTION OF PLAN TRUSTEE FOR APPROVAL OF STIPULATION AND SETTLEMENT AGREEMENT BY AND BETWEEN THE PLAN TRUST AND WESTMORELAND PURSUANT TO BANKRUPTCY RULE 9019** to be served upon the following non-registered participants in the manner indicated below:

John G. Hutchinson, Esq.
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019
***Electronic Mail & First Class Mail***

C. MacNeil Mitchell, Esq
Piero A. Tozzi, Esq.
Winston & Strawn
200 Park Avenue
New York, NY 10166
***First Class Mail***

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
***Hand Delivery***

Rolf S. Woolner, Esq.
Justin E. Rawlins, Esq.
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
***First Class Mail***

Christopher A. Ward, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
***Hand Delivery***

Richard D. Anderson, Esq.
Briggs and Morgan
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(Enventis Telecom, Inc.)
*First Class Mail*

Mr. Bill Angelowitz
Daily Insights
JAF Box 3127
New York, NY 10116
*First Class Mail*

Lee Attanasio, Esq.
Michael G. Burke, Esq.
Sidley Austin Brown & Wood
787 Seventh Avenue
New York, NY 10019
(KMC Telecom Holdings, Inc., et al.)
*First Class Mail*

Jesse H. Austin, III
Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308
(NorthWestern Corporation)
*First Class Mail*

William R. Baldiga, Esq.
Christine E. Devine, Esq.
Amanda C. Ellis, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
(Universal Service Administrative Company)
*First Class Mail*

D. Scott Barash
VP & General Counsel
Universal Service Administrative Company
2000 L. Street, NW, Ste. 200
Washington, DC 20036
*First Class Mail*

Gary L. Barnhart, Esq.
Special Assistant Attorney General
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105
*First Class Mail*

Ian Connor Bifferato, Esq.
Megan N. Harper, Esq.
Megan N. Harper, Esq.
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue, P.O. Box 2165
Wilmington, DE 19899
(NCE Communications, Inc.;)
*First Class Mail*

Steven J. Blauner, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(Milbank, Tweed, Hadley & McCloy LLP)
*First Class Mail*

Richard A. Blunk, Esq.
Corban Communications, Inc.
901 Jupiter Road
Plano, TX 75074
*First Class Mail*

# 2002 SERVICE LIST
## Touch America, Inc.
## 8/12/2005

Lisa S. Bonsall, Esq.
McCarter & English, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
(Sprint)
*First Class Mail*

Mark V. Bossi, Esq.
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(U.S. Bank National Association)
*First Class Mail*

William P Bowden, Esq.
Ricardo Palacio, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801
(WilTel Communications, LLC)
*Hand Delivery*

Ms. Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
*First Class Mail*

Paul Bennett Bran, Esq.
Dickstein, Shapiro, Morin & Oshinsky LLP
2101 L. Street, N.W.
Washington, DC 20037
(AT&T Corp.)
*First Class Mail*

Allan S. Brilliant, Esq.
Lena Mandel, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(Special Counsel to Debtors)
*First Class Mail*

R. Timothy Bryan, Esq.
Piper Rudnick LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
(Nortel Networks Inc.)
*First Class Mail*

Noel C. Burnham, Esq.
Montgomery, McCracken, Walker & Rhodes, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(WilTel Communications, LLC f/k/a Williams)
*First Class Mail*

Michael G. Busenkell, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(British Telecom)
*Hand Delivery*

Jim S. Byun, Esq.
Musick, Peeler & Garrett LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017
(Musick, Peeler & Garrett LLP)
*First Class Mail*

## 2002 SERVICE LIST
## Touch America, Inc.
## 8/12/2005

Amy Callard, Esq.
Hall, Estill, Hardwick, Gable, Golden & Nelson, PC
Bonnie N. Hackler, Esq.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103
*First Class Mail*

Amy Callard, Esq.
WilTel Communications, LLC
One Technology Center
Legal Department, Mail Drop 15-L
Tulsa, OK 74103
*First Class Mail*

E. Rebecca Case
Darryl S. Laddin, Esq.
Neil Gordon, Esq.
Stone, Leyton, & Gershman, P.C.
7733 Forsyth Blvd. Suite 500
St. Louis, MO 63105
(Enterprise Fleet Services of Denver)
*First Class Mail*

Craig W. Christensen, Esq.
414 South Garfield
P.O. Box 130
Pocatello, ID 83204
(Power County)
*First Class Mail*

Eula Compton
Town Pump, Inc.
P.O. Box 6000
Butte, MT 59702
*First Class Mail*

Corban Communications, Inc.
901 Jupiter Rd.
Plano, TX 75074
*First Class Mail*

Scott D. Cousins, Esq.
William E. Chipman, Jr., Esq.
William E. Chipman, Esq.
C. Michael Terribile, Esq.
Greenberg Traurig, L.L.P.
The Brandywine Bldg., Suite 1540
1000 West Street
Wilmington, DE 19801
(Tellabs Operations, Inc.)
*Hand Delivery*

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(AT&T Corp.)
*First Class Mail*

Eric M. Davis, Esq.
Robert A. Weber, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Sierra Pacific Communications)
*Hand Delivery*

James W. Deatherage, Esq.
Jim Deatherage & Assoc., P.C.
800 West Airport Freeway, Suite 518, LB 6060
Irving, TX 75062
(Counsel for Irving Independent School District)
*First Class Mail*

**2002 SERVICE LIST**
**Touch America, Inc.**
**8/12/2005**

Robert J. Dehney, Esquire
Gregory T. Donilon, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Allstream Fiber US., Inc.)
***Hand Delivery***

Mr. Vito DiMaio
Delaware Document Retrieval
4 East Seventh Street
P.O. Box 27
Wilmington, DE 19899
***Hand Delivery***

Christopher Donoho, III, Esquire
Robert A. Raskin, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
(Allstream Fiber US, Inc.)
***First Class Mail***

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Ira M Levee, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
(Erika Goldstein)
***First Class Mail***

David L. Finger, Esq.
David L. Finger, P.A.
1201 Orange Street, Suite 725
One Commerce Center
Wilmington, DE 19801-1155
(Nortel Networks Inc.)
***Hand Delivery***

Stephanie Deviney, Esq.
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096
(SAP America, Inc.)
***First Class Mail***

Edward C. Dolan, Esq.
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Columbia Square
Washington, DC 20004-1109
(Cable & Wireless USA, Inc.)
***First Class Mail***

Van C. Durrer, II, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grande Avenue
Los Angeles, CA 90071
(Sierra Pacific Communications)
***First Class Mail***

Mark E. Felger, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1400
Chase Manhattan Centre
Wilmington, DE 19801
(Continental Energy Services, Inc.)
***Hand Delivery***

Kenneth R. Flottman, Esq.
Northrop Grumman Corporation
Law Department
P.O. Box 149
Pascagoula, MS 39568-0149
(Northrop Grumman Space & Mission Systems Corp.)
***First Class Mail***

## 2002 SERVICE LIST
## Touch America, Inc.
## 8/12/2005

Michael Foreman, Esq
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036
(Qwest Communications Corp.)
*First Class Mail*

Mr. John Forte
Protiviti Inc.
1285 Avenue of the Americas, 3rd Floor
New York, NY 10019
(Financial & Restructuring Consultant to Debtors)
*First Class Mail*

Daniel J. Garfield, Esq.
Lisa A. Hogan, Esq.
Ann B. Riley, Esq.
Brownstein, Hyatt & Farber, P.C.
410 17th Street, Suite 2200
Denver, CO 80202-4402
(Denver Crescent V, LLC and Crescent Parkway, LLC)
*First Class Mail*

Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellot, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801
(Benefit Participants)
*Hand Delivery*

Neil B. Glassman, Esq.
Charlene Davis, Esq.
Steven M. Yoder, Esq.
Christopher A. Ward, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Andrew N. Goldman, Esq.
Jorian Rose, Esq.
Jeffrey R. Gleit, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(Broadwing Communications, LLC)
*First Class Mail*

Kurt F. Gwynne, Esq.
Richard A. Keuler, Jr., Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Qwest)
*Hand Delivery*

William A. Hazeltine, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Niels Fugal Sons Company, LLC; Dycom Industries)
*Hand Delivery*

Cynthia C. Hemme, Esq.
Nortel Networks Law Dept.
4010 East Chapel Hill- Nelson Highway
Mailstop D17/03/0f2
Research Triangle Park, NC 27709
*First Class Mail*

Joshua J. Hicks, Esq.
Office of Attorney General
100 North Carson Street
Carson City, NV 89701
*First Class Mail*

# 2002 SERVICE LIST
## Touch America, Inc.
## 8/12/2005

Charles W. Hingle, Esq.
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT 59103
(U.S. Bank National Association)
*First Class Mail*

Alan Horowitz, Esq.
A Professional Corporation
Shannon A. Chlarson, Esq.
Buchalter, Nemer, Fields & Younger
18400 Von Karman Avenue; Ste. 800
Irvine, CA 92612
(Oracle Corporation)
*First Class Mail*

Vera Hotchkiss
30536 Culp Lane
Burns, OR 97720
(Creditor)
*First Class Mail*

James E. Huggett, Esq.
"J" Jackson Shrum, Esq.
Harvey, Pennington Ltd.
913 N. Market Street, Suite 702
Wilmington, DE 19801
(Kinnan Engineering; Diamond "P" Construction)
*Hand Delivery*

Joseph H. Huston, Jr.
Thomas G. Walen, Jr.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(Counsel for Directors & Officers)
*First Class Mail*

David A. Jenkins, Esq.
Smith Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899-0410
(Counsel to Charles L. Grimes)
*Hand Delivery*

Scott L. Jensen, Esq.
Brownstein Rask Sweeney Kerr Grim DeSylvia Hay LLP
1200 S.W. Main Building
Portland, OR 97205
(Orius Telecommunication Services, Inc.)
*First Class Mail*

Mary Ann Kilgore
Union Pacific Railroad Company
1416 Dodge Street, Room 830
Omaha, NE 68179
*First Class Mail*

Howard B. Kleinberg, Esq.
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mineola, NY 11501-4824
(NCE Communications, Inc.)
*First Class Mail*

Theresa M. Kohlhoff, Esq.
P.O. Box 706
Wilsonville, OR 97070
(Northwest Metal Fab and Pipe, Inc.)
*First Class Mail*

## 2002 SERVICE LIST
## Touch America, Inc.
## 8/12/2005

Kohner, Mann & Kailas, S.C., Esq.
Erika L. Morabito, Esq.
Attn: Samuel C. Wisotzkey
1572 East Capitol Drive
P.O. Box 11982
Milwaukee, WI 53211
*First Class Mail*

Stuart Komrower, Esq.
Cole Schotz Meisel Forman & Leonard, PA
25 Main Street
Hackensack, NJ 07601
(Gryphon Master Fund, L.P.)
*First Class Mail*

Kevin M. Kordziel, Esq.
Northrop Grumman Mission Systems
12011 Sunset Hills Road
Reston, VA 20190-3285
(Northrop Grumman Space & Mission Systems Corp.)
*First Class Mail*

Matthew Koritz, Esq
Equity Office Properties
Two North Riverside Plaza
Chicago, IL 60606
*First Class Mail*

Steven K. Kortanek, Esq.
Jennifer L. Scoliard, Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
(Counsel to Snetzinger, et al.;)
*Hand Delivery*

Eugene J. Kottenstette, Esq.
Asst. City Attorney
Land Use and Revenue
201 W. Colfax Ave., Dept. 1207
Denver, CO 80202-5332
(City & County of Denver)
*First Class Mail*

Carl N. Kunz, III, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(Time Warner Telecom Holdings, Inc.)
*Hand Delivery*

Darryl S. Laddin, Esq.
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031
(Verizon Operating Telephone Companies)
*First Class Mail*

Jeffrey W. Lawrence
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
(Erika Golstein)
*First Class Mail*

Neal J. Levitsky
Fox, Rothschild LLP
Citizen's Bank Center
919 N. Market Street, Suite 1300  P.O. Box 2323
Wilmington, DE 19899
*Hand Delivery*

## 2002 SERVICE LIST
## Touch America, Inc.
## 8/12/2005

Alan J. Lipkin, Esq.
Steven Wilamowsky, Esquire
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019
(360networks Corporation)
*First Class Mail*

James H. Lister, Esquire
McGuireWoods, LLP
1750 Tysons Boulevard, Ste. 1800
McLean, VA 22102
(Iowa Networks Services, Inc.)
*First Class Mail*

Richard M. Lorenzen, Esq.
Brown & Bain, P.A.
2901 N. Central Avenue, Suite 2000
P.O. Box 400
Phoenix, AZ 85001-000
(Arizona Federal Credit Union)
*First Class Mail*

Jeffrey J. Matthews, Esq.
Harrang Long Gary Rudnick P.C.
360 E. 10th Avenue, Suite 300
Eugene, OR 97401-3248
(City of Eugene)
*First Class Mail*

Katharine L. Mayer, Esq.
McCarter & English, LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(Sprint)
*Hand Delivery*

Kelly Greene McConnell, Esq.
Givens Pursley LLP
277 North 6th Street, Suite 200
P.O. Box 2720
Boise, ID 83701
(Silver Star Telephone Company Inc., et al.)
*First Class Mail*

Paul McDonnell
Treasurer and Tax Collector
County of Riverside
P.O. Box 12005
Riverside, CA 92502-2205
*First Class Mail*

Rachel B. Mersky, Esq
Walsh Monzack and Monaco, P.A.
1201 N. Orange, Suite 400
Wilmington, DE 19801
(Golden Field Services, Inc.)
*Hand Delivery*

Thomas M. Michel, Esq.
Bourland, Kirkman, Seidler
Evans, Jay & Michel, L.P.
201 Main Street, Suite 1400
Fort Worth, TX 76102
(SMII/TRP Properties/LP, L.P.)
*First Class Mail*

Mark Minuti, Esq.
Tara L. Lattomus, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(AT&T Corp.)
*Hand Delivery*

# 2002 SERVICE LIST
## Touch America, Inc.
## 8/12/2005

MacNeil C Mitchell, Esq
Winston & Strawn
200 Park Avenue
New York, NY 10166
(Committee)
*First Class Mail*

Jeffrey A. Mitchell, Esq.
Assistant General Counsel
Universal Service Administrative Company
2000 L Street, Suite 200
Washington, DC 20036
(Universal Service Administrative Company)
*First Class Mail*

Zachary Mosner, Esq.
Assistant Attorney General
State of Washington
900 Fourth Avenue, Suite 2000
Bankruptcy and Collections Unit
Seattle, WA 98164-1012
*First Class Mail*

David Neier, Esq.
C. MacNeil Mitchell, Esq.
Piero Tozzi, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(Official Committee of Unsecured Creditors)
*First Class Mail*

Office of the United States Trustee
Attn: Mark Kenney, Esq.
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Parker & Marks, P.C.
Attn: Tally F. Parker
1333 Corporate Drive, Suite 209
Irving, TX 75038
*First Class Mail*

Julie K. Plowman, Esq.
Senior Corporate Counsel
Broadwing Communications, LLC
1122 Capital of Texas Highway South
Austin, TX 78746-6426
*First Class Mail*

Patrick J. Potter, Esq.
Shaw Pittman
2300 N Street, NW
Washington, DC 20037
*First Class Mail*

Mr. Michael Price
Sr. Managing Director
Evercore Partners
65 East 55th Street
New York, NY 10022
(Financial Advisors to Debtors)
*First Class Mail*

Rex D. Rainach
A Professional Law Corporation
3622 Government Street
Baton Rouge, LA 70806
*First Class Mail*

# 2002 SERVICE LIST
## Touch America, Inc.
## 8/12/2005

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
(County of Denton; City of Aubrey; City of Justin)
*First Class Mail*

David J. Richardson
David J. Richardson, Esq.
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
*First Class Mail*

Carol L. Riley, Esq
US Bancorp Equipment Finance Inc.
13010 SW 68th Pkwy
P.O. Box 230789
Portland, OR 97281
*First Class Mail*

Eva Rios
c/o Treasurer/Tax Collector's Office
County of Kern, State of California
1115 Truxtun Avenue, Second Floor
Bakersfield, CA 93309
*First Class Mail*

Paul M. Rosenblatt, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309-4530
(BellSouth Long Distance, Inc.)
*First Class Mail*

Edward B. Rosenthal, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market St., Mellon Bank Ctr., Ste. 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(Erika Golstein)
*Hand Delivery*

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
1201 North Orange Street, Suite 1001
Wilmington, DE 19801
(Rocky Mountain Contractors, Inc.;)
*Hand Delivery*

Nancy G. Ross
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
*First Class Mail*

Eric E. Sagerman, Esq.
David J. Richardson, Esq.
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(Official Committee of Unsecured Creditors)
*First Class Mail*

Michael F. Schleigh, Esq.
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
(SAP America, Inc.)
*First Class Mail*

**2002 SERVICE LIST**
**Touch America, Inc.**
**8/12/2005**

William H. Schorling, Esq.
Mark R. Owens, Esq.
Klett Rooney Lieber & Schorling, PC
Two Logan Square, 12th Floor
Philadelphia, PA 19103-2756
(WorldCom, Inc.)
*First Class Mail*

Sergio I. Scuteri, Esq.
Farr, Burke, Gambacorta & Wright
211 Benigno Blvd, Suite 201
Bellmawr, NJ 08031
(Citicorp Vendor Finance f/k/a Copelco Capital)
*First Class Mail*

Andrew H. Sherman, Esq.
Sills Cummis Radin Tischman Epstein & Gross PA
One Riverfront Plaza
Newark, NJ 07102
(Qwest Corporation and Qwest Communications)
*First Class Mail*

Susan R. Sherrill-Beard
Atlanta District Office
U.S. Securities and Exchange Commission
3475 Lenox Road, Suite 1000
Atlanta, GA 3032601232
*First Class Mail*

Mark Shinderman, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
(Milbank, Tweed, Hadley & McCloy LLP)
*First Class Mail*

Sierra Pacific
346 North Main Street
Fallon, NV 89406
*First Class Mail*

Laurie Selber Silverstein, Esq.
Theresa V. Brown-Edwards, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
(Denver Crescent V, LLC & Crescent Parkway, LLC)
*Hand Delivery*

Christopher S. Sontchi, Esq.
Charles H. Gray, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
(Enventis Telecom, Inc.)
*Hand Delivery*

Steven W. Soule, Esq.
Bonnie N. Hackler, Esq.
Hall, Estill, Hardwick, Gable, Golden & Nelson PC
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
(WilTel Communications, LLC f/k/a Williams)
*First Class Mail*

Robyn J. Spalter, Esq.
Kluger, Peretz, Kaplan & Berlin, P.L.
201 South Biscayne Blvd.
Miami Center, 17th Floor
Miami, FL 33131
(Mastec North America; Renegade of Idaho)
*First Class Mail*

# 2002 SERVICE LIST
## Touch America, Inc.
## 8/12/2005

Eliot Spitzer, Esq.
Attorney General of New York
Office of the Attorney General
The Capitol, 2nd Floor
Albany, NY 12224
***First Class Mail***

Cheryl R. Storie, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203
(FTV Communications, Inc.)
***First Class Mail***

Andrew W. Swain
Business and Licensing Section
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203-1760
(Colorado Department of Local Affairs)
***First Class Mail***

William F. Taylor, Jr., Esq.
Katharine L. Mayer, Esq.
McCarter & English, LLP
919 North Market Street, Suite 950
P.O. Box 111
Wilmington, DE 19899
(Valor Telecommunications; Sprint;)
***Hand Delivery***

Jeanette Thomas
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
(Qwest Communications)
***First Class Mail***

Marcus Squarrell, Esq.
Ducker, Montgomery, Lewis & Aronstein, P.C.
1560 Broadway, Ste. 1400
One Civic Center Plaza
Denver, CO 80202
(NCE Communications, Inc.)
***First Class Mail***

Keith Strong
Dorsey & Whitney LLP
507 Davidson Building
83rd Street North
Great Falls, MT 59403
(Counsel to Directors & Officers)
***First Class Mail***

Marc W. Taubenfeld, Esq.
McGuire, Craddock & Strother, P.C.
3550 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201
(Bayport Pipeline, Inc.)
***First Class Mail***

Andrew V. Tenzer, Esq.
Jennifer R. Boyle, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
(Dycom Industries, Inc.)
***First Class Mail***

Touch America, Inc.
Attn: Michael Meldahl
130 N. Main Street
Butte, MT 59701
***First Class Mail***

**2002 SERVICE LIST**
**Touch America, Inc.**
**8/12/2005**

Andrew R. Turner, Esq.
Conner & Winters, P.C.
3700 First Place Tower
15 East Fifth Street, Suite 3700
Tulsa, OK 74103
(WilTel Communications, LLC)
*First Class Mail*

Jan A.T. van Amerongen, Jr., Esq.
Legal Arts Building
1225 King Street, Suite 301
Wilmington, DE 19801
(Silver Star Telephone Company Inc., et al.)
*Hand Delivery*

Heath J. Vincente
Arnall Golden Gregory LLP
2800 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
*First Class Mail*

Chris Waters
927 Beryl Street
San Diego, CA 92109
*First Class Mail*

Elizabeth Weller, Esq.
Monica McCoy-Purdy, Esq.
Edward Lopez, Jr., Esq.
Linebarger Heard Goggan Blair et al.
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691
*First Class Mail*

Union Pacific Railroad Company
Attn: Mary Ann Kilgore, Esq.
1416 Dodge Street, Room 830
Omaha, NE 68179
*First Class Mail*

Heath J. Vicente, Esq.
Darryl S. Laddin, Esq.
Neil Gordon, Esq.
Arnall Golden Gregory LLP
1201 W. Peachtree Street
2800 One Atlantic Center
Atlanta, GA 30309-3450
(Verizon Operating Telephone Companies)
*First Class Mail*

Thomas D. Walsh, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19801
*Hand Delivery*

John Waters, Esq.
Collections Section
Iowa Dept. of Revenue & Finance
P.O. Box 10471
Des Moines, IA 50306
(Iowa Department of Revenue)
*First Class Mail*

Brent C. Williams
Managing Director
Saybrook Capital, LLC
245 Park Avenue, 39th Floor
New York, NY 10167
(Plan Trustee)
*First Class Mail*

Joanne B. Wills, Esq.
Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
*Hand Delivery*

Kurt E. Wilson, Esq.
Trevor J. Zink, Esq.
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032
(Amir Zoufonoun)
*First Class Mail*

Jeffrey C. Wisler, Esq.
The Nemours Building
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
*Hand Delivery*

Samuel C. Wisotzkey, Esq.
Kohner, Mann & Kailas, S.C.
1572 East Capitol Drive
P.O. Box 11982
Milwaukee, WI 53211-0982
(Counsel for Norlight Telecommunications, Inc.)
*First Class Mail*

Donald A. Workman, Esq.
Erika L. Morabito, Esq.
Foley & Lardner
3000 K Street, NW, Suite 500
Washington Harbour
Washington, DC 20007-5143
(Michels Corporation)
*First Class Mail*

Steven Yoder, Esq.
Christopher A. Ward, Esq.
GianClaudio Finizio, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Hand Delivery*

David R. Zaro, Esq.
Allen Matkins Leck Gamble & Mallory LLP
515 South Figueroa Street, 7th Floor
Los Angeles, CA 90071-3398
(JMA Properties)
*First Class Mail*

WINSTON & STRAWN LLP
Michael E. Emrich, Esq. (ME-4041)
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

and

Eric E. Sagerman
Rolf S. Woolner
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

and

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/*

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel for the Plan Trustee