IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOUCH AMERICA HOLDINGS, INC., et al., | ) | Case No. 03-11915 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| ENTECH LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1336-SLR |
| | ) | |
| WESTMORELAND COAL COMPANY, a Delaware corporation, and WESTMORELAND MINING LLC, a Delaware limited liability company | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Kimberly A. Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Plaintiff/Plan Trustee in the above-referenced cases, and on September 2, 2005, she caused a copy of the following document(s):

**ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENT BY AND BETWEEN THE PLAN TRUST AND WESTMORELAND [Docket No. 55]**

to be served as indicated upon the parties identified on the attached list.

_____
Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 6th day of September, 2005.

_____
Notary Public

DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

DB01:1841338.1                                                         062207.1001

## SERVICE LIST
## 9/2/2005

John G. Hutchinson, Esq.
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019
***Electronic Mail & First Class Mail***

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
***Hand Delivery***

Christopher A. Ward, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
***Hand Delivery***

C. MacNeil Mitchell, Esq
Piero A. Tozzi, Esq.
Winston & Strawn
200 Park Avenue
New York, NY 10166
***First Class Mail***

Rolf S. Woolner, Esq.
Justin E. Rawlins, Esq.
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
***First Class Mail***

DB01:1608907.1