IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TOUCH AMERICA HOLDINGS, INC., | ) Bk. No. 03-11915 (KJC) |
| et al., | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| ENTECH LLC, | ) Adv. No. 04-52935 (KJC) |
| | ) |
| Plaintiff, | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED | ) |
| CREDITORS, | ) |
| | ) |
| Plaintiff-Intervenor,[1] | ) |
| | ) |
| v. | ) C.A. 04-1336-SLR |
| | ) |
| WESTMORELAND COAL COMPANY, | ) |
| a Delaware Corporation, and | ) |
| WESTMORELAND MINING LLC, | ) |
| a Delaware Limited Liability Company, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

The plaintiff and defendants, through their undersigned counsel, hereby stipulate and agree, subject to approval by the Court, that this adversary proceeding is dismissed with prejudice.

---

[1] As of the Effective Date of the Plan, the Plaintiff-Intervenor was dissolved. All references herein to the Debtors and the Plan Trust shall include the Plaintiff-Intervenor because the Plan Trust is the successor in interest and has authority to take all acts on behalf of the Plaintiff-Intervenor.

Dated: 6/7/06

POTTER ANDERSON & CORROON

*[signature]*

Laurie Selber Silverstein (2396)
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899
Telephone: (302) 984-6000

-and-

SIDLEY AUSTIN BROWN & WOOD LLP
John G. Hutchinson
Lee Attanasio
787 Seventh Avenue
York, New York 10019
Telephone: (212) 839-5300

Attorneys for Westmoreland Coal Company and Westmoreland Mining LLC

Dated: 6/8/06

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WINSTON & STRAWN LLP
Eric E. Sagerman
Rolf S. Woolner
Justin E. Rawlins
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for the Plan Trust

SO ORDERED this _____ day of _____, 2006

_____
United States District Judge